IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD., on behalf of plaintiff and a class, ) ) ) ) | |
| Plaintiff, ) | 13 C 2192 |
| ) | |
| v. ) ) | Judge Castillo  Magistrate Judge Cole |
| MICHAEL BURRIDGE and CARLENE BURRIDGE, doing business as THE DOCTORS HELPER, ) ) ) ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Plaintiff Bridgeport Pain Control Center, Ltd. and Defendants Michael Burridge and Carlene Burridge, collectively, doing business as The Doctors Helper, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of plaintiff Bridgeport Pain Control Center, Ltd.'s individual claims against defendants Michael Burridge and Carlene Burridge, doing business as The Doctors Helper with prejudice and without costs. The putative class claims against defendants Michael Burridge and Carlene Burridge, doing business as The Doctors Helper are dismissed without prejudice and without costs.

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
   & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

*[signature]*
Michael Burridge
*doing business as The Doctors Helper*
1718 Palomino Drive
Rowlett, TX 75088-6558

*[signature]*
Carlene Burridge
*doing business as The Doctors Helper*
1718 Palomino Drive
Rowlett, TX 75088-6558

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on June 10, 2013, I caused a true and accurate copy of the foregoing document to be served, via U.S. Mail, on the following parties:

Michael Burridge
1718 Palomino Drive
Rowlett, TX 75088-6558

Carlene Burridge
1718 Palomino Drive
Rowlett, TX 75088-6558

                                                    s/ Heather Kolbus
                                                    Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)