## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
## Eastern Division

Bridgeport Pain Control Center, Ltd.
                                        Plaintiff,

v.                                      Case No.: 1:13−cv−02192
                                        Honorable Ruben Castillo

Michael Burridge, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 11, 2013:

    MINUTE entry before Honorable Ruben Castillo:Plaintiff's individual claims against the defendants are dismissed with prejudice and without costs; and the putative class claims against the defendants are dismissed without prejudice and without costs pursuant to the Stipulation of Dismissal [23] filed by the parties on 6/10/13.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.